## THE STATE v. ULLINS.

Criminal Case : NO ARGUMENTS : NO ERROR FOUND : AFFIRMED.

*Appeal from Polk Circuit Court.*—HON. JOSIAH GIVEN, Judge.

FILED, JUNE 9, 1888.

INDICTMENT for a nuisance caused by the defendant selling and keeping for sale intoxicating liquors. He pleaded not guilty. Trial by jury, verdict and judgment. The defendant appeals.

No appearance for appellant.

*A. J. Baker*, Attorney General, for the State.

SEEVERS, C. J.—This case was submitted on a transcript, which contains the indictment, plea, instructions, motion for a new trial, which was overruled, and the judgment of the court. No argument has been filed. We have examined the record and reach the conclusion that there is no error in the record, and, therefore, the judgment of the district court must be

AFFIRMED.